
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 02 2008

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00826-RPM

NAVAJO HOUSING AUTHORITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
STEVEN C. PRESTON, Secretary of Housing and Urban Development;
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing; and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing;

    Defendants.

---

## ORDER

---

For sufficient cause shown, the Court grants Defendants' Motion to Allow for Presentation of Evidence by Declaration (Dkt. No. 12). The Court shall receive the following as evidence in consideration of Plaintiff's Motion for a Preliminary Injunction:

- The declaration of Marlene A. Lynch attached to Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 7);

- The declaration of Deborah A. Lalancette, including attached exhibits, attached to Defendant's Response to Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 9); and

- The supplemental declaration of Deborah A. Lalancette attached to Defendant's Motion to Allow for Presentation of Evidence by Declaration (Dkt. No. 12).

Dated: 10-2-08

Richard P. Matsch
United States Senior District Judge