IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 3, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00826-RPM

| | |
|---|---|
| NAVAJO HOUSING AUTHORITY, | Craig H. Kaufman |
|        Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; STEVEN C. PRESTON, Secretary of Housing and Urban Development; PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing; and DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing, | Timothy B. Jafek |
|        Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Preliminary Injunction**

**3:00 p.m.**     **Court in session.**

Client representatives Cheron Watchman for plaintiff and Lisa Coronado for defendant present.

Court's preliminary remarks.

Counsel answer questions asked by the Court.

Court's findings as stated on record.

**ORDERED:** **Plaintiff's Motion for Preliminary Injunction, filed August 29, 2008 [7], is granted.**
**Counsel to submit a proposed order.**

**3:36 p.m.**     **Court in recess.**     Hearing concluded. Total time: 36 min.