IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 09 2008

GREGORY C. LANGHAM
CLERK

Case No. 08-cv-00826-RPM

NAVAJO HOUSING AUTHORITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
STEVEN C. PRESTON, Secretary of Housing and Urban Development;
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing; and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native
American Programs, Department of Housing and Urban Development, Office of Public and
Indian Housing;

    Defendants.

## ORDER

This matter came before the Court on October 3, 2008 on Plaintiff's Motion for Preliminary Injunction (Dkt. No. 7). As reflected in the Court's findings stated on the record during the October 3, 2008 hearing and summarized here, the Court specifically found that Plaintiff will suffer irreparable harm unless the preliminary injunction issues; that there is a substantial likelihood Plaintiff will prevail on the merits; that, with respect to fiscal year ("FY") 2008 Indian Housing Block Grant ("IHBG") unreserved funds only, the threatened injury to the Plaintiff outweighs any harm the proposed injunction may cause the opposing party; and that, with respect to FY 2008 IHBG unreserved funds only, the preliminary injunction will not be contrary to the public interest. For the reasons stated on the record during the October 3, 2008 hearing, the relief granted by the Court is as follows: Defendants are ordered to set aside all unreserved IHBG funds, estimated on October 1, 2008 to be in the amount of $4,832,494, that could have been distributed through the fiscal year 2008 regulatory formula (found at 24 C.F.R.

Part 1000, Subpart D, and Appendices A and B) up to $5,121,456 (the "NHA Set Aside") so that the NHA Set Aside will be available if the Court subsequently orders HUD to provide them for the Plaintiff under federal law. Defendants are preliminarily enjoined and prohibited from distributing any portion of the NHA Set Aside until further order of this Court. Given the relief ordered and the circumstances of this case, and upon a finding that HUD will not be damaged as a result of the issuance of this preliminary injunction, the Court determines that the Plaintiff is not required to give security in connection with the issuance of this preliminary injunction.

Dated: *October 9, 2008*

Richard P. Matsch
United States Senior District Judge